# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSE ACOSTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET RILEY dba SUNNYSIDE DELICATESSEN, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00431-LJO-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT SUNNYSIDE INVESTMENTS, INC. TO RESPOND TO THE COMPLAINT<br><br>(ECF No. 7)<br><br>DEADLINE: June 1, 2017 |
|---|---|

　　On May 9, 2017, Plaintiff and Defendant Sunnyside Investments, Inc. filed a stipulation for an extension of time for Defendant Sunnyside Investments, Inc. to respond to the complaint.

　　Accordingly, IT IS HEREBY ORDERED that Defendant Sunnyside Investments, Inc. shall file a response to the complaint on or before June 1, 2017.

IT IS SO ORDERED.

Dated: __**May 11, 2017**__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1