# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET RILEY dba SUNNYSIDE DELICATESSEN, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00431-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: JUNE 19, 2017 |

On May 19, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1.　All pending matters and dates are VACATED; and

2.　Plaintiff shall file dispositional documents on or before June 19, 2017.

IT IS SO ORDERED.

Dated:　**May 22, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1